UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – WESTERN DIVISION

CHARLES GABRIS and MARLENE GABRIS,

Plaintiffs,

v.

AURORA LOAN SERVICES, LLC; AURORA BANK, FSB; CITIBANK, N.A., AS TRUSTEE, IN TRUST FOR THE BENEFIT OF THE HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-23XS; CAL-WESTERN RECONVEYANCE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 50, inclusive,

Defendants.

Case No. Case No. 2:14-cv-01759-JAM-KJN
Assigned to the Hon. John A. Mendez

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

FAC Served: November 18, 2014
Current Response Date: December 8, 2012
New Response Date: December 22, 2012

FAC Filed: November 18, 2014
Complaint Filed: May 13, 2014
Trial Date: None

THIS CAUSE is before the Court upon the stipulation by and between plaintiffs Charles Gabris and Marlene Gabris (**plaintiffs**) and defendants Aurora Loan Services LLC (**Aurora**), Aurora Commercial Corp., successor entity to Aurora Bank FSB (**ACC**), CitiBank, N.A., as Trustee, in Trust for the Benefit of the Holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-23XS (**CitiBank**), and Mortgage Electronic Registration Systems, Inc. (**MERS**) (collectively, **defendants**) to extend time to respond to plaintiffs' first amended complaint (**FAC**) by fourteen (14) days.

GOOD CAUSE APPEARING, the Court approves the Stipulation and orders as follows:

1. Defendants shall have up to and until December 22, 2014 to file their response to plaintiffs' FAC;

**IT IS SO ORDERED.**

Dated: 12/2/2014

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

{29985062;1}
2
CASE NO. 2:14-CV-01759-JAM-KJN
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

# PROOF OF SERVICE

I am employed in the City and County of Denver, State of Colorado. I am over the age of 18 and not a party to the within action. My business address is 1400 Wewatta Street, Suite 500, Denver, Colorado 80202.

On **December 2, 2014**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Stephen J. Foondos, Esq.
Danny A. Barak, Esq.
UNITED LAW CENTER
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone: (916) 367-0630
Facsimile: (916) 265-9000
*Counsel for Plaintiffs*

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm’s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Denver, Colorado.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **December 2, 2014**, at Denver, Colorado.

Tamara Landgren
(Type or print name)                                    (Signature)